# EXHIBIT A



**GAS' Mini Key Bracelet**

# EXHIBIT B



**GAS' Key Bracelet**

# EXHIBIT C



**GAS' Tag Bracelet**

# EXHIBIT D



GAS' "Silver and Color" Ressort Bracelet

# EXHIBIT E



**GAS' Ressort Gem Bracelet**

# EXHIBIT F



HOME          COMPANY          FINANCIAL INFO          STOCK INFO          PRESS ROOM

Press Room

PRESS RELEASES

PRESS RELEASES ARCHIVE

## Press Release

### Dualstar Expands the mary-kateandashley Brand Presence Nationwide With Claire's Stores

LOS ANGELES, Feb 06, 2006 /PRNewswire via COMTEX News Network/ -- After a successful test launch of the mary-kateandashley coast to coast fragrances, Mary-Kate Olsen's and Ashley Olsen's Dualstar Entertainment Group has sealed a deal with Claire's Stores, Inc. (NYSE: CLE) to carry not only fragrances, but to expand its presence with the launch of cosmetics beginning February 2006 in 500 Claire's stores located in North America. The cosmetics collection boasts a beautiful color palette for the "tween" and teen customer with items for lips and eyes. Several other categories are in development for launch during the Back-to-School 2006 season.

"The mary-kateandashley brand remains the premier global provider of fashion, entertainment, lifestyle products and online information for girls of all ages," stated Dualstar CEO, Diane M. Reichenberger. "We are very excited to offer consumers even greater access to the mary-kateandashley brand through our partnership with Claire's."

"Claire's is a perfect fit for the mary-kateandashley brand fragrances and cosmetics," said Ashley Olsen. "The 'tween' and teen customer Claire's is famous for is perfect for the mary-kateandashley brand," added Mary-Kate Olsen.

In March 2005, the launch of new fragrances, mary-kateandashley coast to coast NYC and LA, saw success at #5 of the best-selling fragrances across all women's fragrances sold at major retail and drugstores. The partnership between Dualstar and Claire's can be credited to a hugely successful test of these fragrances!

"We began selling the mary-kateandashley coast to coast fragrances at Claire's last year and our customers were very receptive to them," noted Marisa Jacobs, VP of Corporate Communications for Claire's. "We have continued to carry the fragrances and are excited about extending our offering of this brand by introducing the new cosmetic line."

About Dualstar Entertainment Group

Founded in 1993 to leverage the universal appeal of then-"Full House" stars Mary-Kate Olsen and Ashley Olsen, Dualstar Entertainment Group is today the leader in affordable designer fashions for 'tween girls (age 5-12) through its mary-kateandashley brand. Augmenting its original focus on home video titles with books, music CDs, videogames and fashion dolls, Dualstar has subsequently expanded the mary-kateandashley brand into apparel, cosmetics, fragrances and home decor. Announced in September, Dualstar Entertainment Group will also be the proud force behind 13-year-old actors Cole and Dylan Sprouse (Big Daddy, "Friends," "The Suite Life of Zack & Cody") Sprouse Bros. brand which will introduce trend-right and appropriate consumer products for teen boys in fall 2006.

About Claire's Stores, Inc.

Claire's Stores, Inc., is a leading international specialty retailer offering value-priced costume jewelry and accessories to fashion-aware tweens, teens and young adults through its two store concepts: Claire's and Icing by Claire's. In total, more than 3,000 Claire's and Icing by Claire's stores can be found throughout the world.

For more information, visit Claire's teen oriented website at www.claires.com and its corporate website at www.clairestores.com, or contact Marisa Jacobs, Esq., Vice President of Corporate Communications and Investor Relations, by phone at (212) 594-3127 or by email at marisa.jacobs@claires.com.

Media contacts: Paulette Kam / Liz Jaeger
(310) 248-6108 / (310) 248-6180
pkam@bwr-la.com / ljaeger@bwr-la.com

SOURCE Dualstar Entertainment Group

Paulette Kam,
+1-310-248-6108,
pkam@bwr-la.com, or
Liz Jaeger,
+1-310-248-6180,
ljaeger@bwr-la.com,
both for Dualstar Entertainment Group; or
Marisa Jacobs, Esq.,
Vice President of Corporate Communications and Investor Relations of Claire's Stores, Inc.,
+1-212-594-3127,
marisa.jacobs@claires.com

terms of use | copyright © 2003 Claire's Stores, Inc.
all rights reserved

# EXHIBIT G

# B|W|R Public Relations

**An Ogilvy PR Worldwide Company**

9100 WILSHIRE BLVD, SIXTH FLOOR, WEST TOWER, BEVERLY HILLS, CA 90212
☎ 310-550-7776 (phone)   📄 310-550-1701 (fax)

Media contacts: Paulette Kam / Liz Jaeger
(310) 248-6108 / (310) 248-6180
pkam@bwr-la.com / ljaeger@bwr-la.com

## DUALSTAR'S *mary-kateandashley* BRAND
## SET TO DELIVER THE GOODS TO CLAIRE'S STORES

*Los Angeles, CA (May 15, 2006)* – After forging a partnership with Claire's Stores, Inc. (NYSE: CLE) in January to carry the *mary-kateandashley* brand fragrances and cosmetics, Claire's began to carry eighteen of the cosmetics products in its 1,652 North American Claire's stores! And now, Mary-Kate Olsen and Ashley Olsen's Dualstar Entertainment Group has moved to quickly expand its product assortment at Claire's with the introduction of new accessory and jewelry products to the national retailer beginning this July.

Claire's Stores are scheduled to carry a wide array of *mary-kateandashley* brand accessories including handbags, hats, belts, earrings, bracelets, watches, necklaces, rings, pins, sunglasses and stationery products (including locking diary, spiral notebook and pens). And additional categories could be confirmed in the coming months including electronic devices, cold weather accessories and more!

"For millions of 'tween girls nationwide, Claire's is a preferred shopping destination," stated Diane Reichenberger, CEO of Dualstar Entertainment Group. "We are pleased to roll out these new *mary-kateandashley* brand products into Claire's Stores and look forward to providing our fans with the fashion and style that they love. We are very happy with the relationship with Claire's Stores and look forward to a successful partnership."

"The Claire's consumer and the target demographic for the *mary-kateandashley* brand products are in perfect synergy," said Ashley Olsen. "We've always felt Claire's would be a great outlet for the *mary-kateandashley* brand accessories collection," adds Mary-Kate Olsen.

"We are excited about this opportunity to further expand our relationship with the *mary-kateandashley* brand," noted Marisa Jacobs, VP of Corporate Communications. "We began by introducing their fragrances and in February introduced the cosmetic line. Both have proven to be very popular with our customers. We think the introduction of the *mary-kateandashley* accessories at Claire's is a wonderful brand extension to complement the earlier offerings."

**Dualstar Entertainment Group**, founded in 1993 to leverage the universal appeal of then-*Full House* stars Mary-Kate Olsen and Ashley Olsen, has evolved into a boutique global brand

management and entertainment company with offices in Culver City and New York. Corporate plans include management of existing brands as well as seeking out emerging labels and talent in the fashion and entertainment arenas. Mary-Kate and Ashley intend to work with a new fashion brand by investing in a designer and are developing their own high-end brand which they will launch later this year. Additionally, they plan to take a more active role in the film production division of Dualstar by purchasing and producing new properties. Dualstar's *mary-kateandashley* brand is today the leader in affordable designer fashions for 'tween girls (age 5-12). Augmenting its original focus on home video titles with books, music CDs, videogames and fashion dolls, Dualstar has subsequently expanded the *mary-kateandashley* brand into apparel, cosmetics, fragrances and home décor. Dualstar previously launched a broader lifestyle destination, *mary-kateandashley.com*, which aims to offer 'tweens and teens an upbeat community environment with features and advice on health, beauty, fashion, entertainment and the mind-body-soul connection. Announced in September, Dualstar Entertainment Group is also the proud force behind 13-year-old actors' Cole and Dylan Sprouse (*Big Daddy*, *Friends*, *The Suite Life of Zack & Cody*) *Sprouse Bros.* brand which will introduce trend-right and appropriate consumer products for teen boys in fall 2006.

**Claire's Stores, Inc.,** is a leading international specialty retailer offering value-priced costume jewelry and accessories to fashion-aware tweens, teens and young adults through its two store concepts: Claire's and Icing by Claire's. In total, more than 3,000 Claire's and Icing by Claire's stores can be found throughout the world. For more information, visit Claire's teen oriented website at www.claires.com and its corporate website at www.clairestores.com, or contact Marisa Jacobs, Esq., Vice President of Corporate Communications and Investor Relations, by phone at (212) 594-3127 or by email at marisa.jacobs@claires.com.

# # #

# EXHIBIT H

M4





CLAIRE'S #3292 1385 BROADWAY
BETWEEN 37 & 38 STREETS
NEW YORK NY 10018

3292 002 1062      08/09/06
2.5 02          3:17 PM
SALE

31255    YNG NOVELTY        8.50
31074    YNG NOVELTY        8.50
             SUBTOTAL       17.00
    17.00    TAX 8.375%      1.42
                TOTAL       $18.42
                 CASH        20.42
                 CHANGE       2.00-

VISIT US AT WWW.CLAIRES.COM.

PV#11872



CLAiRE'S  NY = BROADWAY

- BRACELET "RESORT"
- BRACELS "LOT charm's"



```
   CLAIRE'S #3292 1385 BROADWAY
      BETWEEN 37 & 38 STREETS

            3292 001 0867    08/23/06
SALE          2.5 07         1:27 PM

31074    YNG NOVELTY       8.50
30042    YNG NOVELTY       8.50
            SUBTOTAL       17.00
   17.00  TAX  8.375%       1.42
              TOTAL       $18.42
              CASH         20.00
              CHANGE        1.58-

VISIT US AT WWW.CLAIRES.COM.



         PV#768
```

# EXHIBIT I



**GAS' Mini Key Bracelet**



**Defendant's Infringing Bracelet**