# EXHIBIT J



**GAS' Key Bracelet**



**Defendant's Infringing Bracelet**

# EXHIBIT K



**GAS' Tag Bracelet**



**Defendant's Infringing Bracelet**

# EXHIBIT L



**GAS' "Silver and Color" Ressort Bracelet**



**Defendant's Infringing Bracelet**

# EXHIBIT M



**GAS' Ressort Gem Bracelet**



**Defendant's Infringing Bracelet**

# EXHIBIT N




**Ashley Olsen**
Super sélection en France pour les articles Ashley Olsen.
eBay.fr

**Home Photos Mary Kate**
10 top Home Photos Mary Kate sites Find Home Phot
sites
Top-10Sites.com

Ads by Goooooogle

Ac

mary-kateandashley

Search                    SUBMIT →

Mary-Kate and Ashley's
    Hip Picks
Downloads
Entertainment
mary-kateandashley mobile
Fashion Forward
Real Beauty
Mind, Body and Soul
Fun Stuff
Popstar! Magazine
Mary-Kate and Ashley's
    Movies
The mary-kateandashley Brand
    United States
The mary-kateandashley Brand
    Going Global
Members Only
Site Map
Email Us
Home

the *mary-kateandashley* brand **is available in the following countries:**





> Australia        > Canada        > France




> Spain        > United Kingdom

Advertisement

Ads by Goooooogle        Advertise on this site

**Olsen Twins**
Top 8 Olsen Twins sites Search Olsen Twins sites
8-TopSites.com

**Olsen Twins**
10 top Olsen Twins sites Search 10 top Olsen
Twins sites
10-BestSites.com

Advertisement


winning london
CLICK HERE TO VISIT!


DUALSTAR
ONLINE

The mary-kateandashley fashion & lifestyle collection at
WAL•MART claire's BKW Akamee

About Us | Terms &
Notice
TM ©2006 Dualstar Ente

Website design

# JESSICA WEINER, ACTIONIST

WWW.JESSICAWEINER.COM



mary-kateandashley

U  CA  FR  ES  UK  US

earch                SUBMIT →

ary-Kate and Ashley's
  Hip Picks
ownloads
itertainment
ary-kateandashley mobile-site
ashion Forward
eal Beauty
ind, Body and Soul
in Stuff
costar! Magazine
ary-Kate and Ashley's
  Movies
ie mary-kateandashley Brand
  United States
ie mary-kateandashley Brand
  Going Global
embers Only
ite Map
mail Us
otms

CLICK HERE TO VISIT!





# mary-kateandashley

AVAILABLE NOW AT claire's

Stylish handbags, funky jewelry, unique hair accessories and more now available from the **mary-kateandashley** brand! Exclusively at **claire's**. Click on the pictures below to see more!

   

Handbags      Jewelry      Fashion Accessories      Sunglasses

   

Hair Accessories   Stationery   Cosmetics   Fragrances

Find a **claire's** near you

Go to *mary-kateandashley* cosmetics home



DUALSTAR ONLINE

The mary-kateandashley fashion & lifestyle collection at:
WAL•MART  claire's  BIGW  Akampo

About us | Terms of Use & Privacy Po
Notice to Agents | Adver
TM ©2006 Dualstar Entertainment Group | 1
All Rights Reser

Website design & hosting by YPO.

# JESSICA WEINER, ACTIONIST

WWW.JESSICAWEINER.COM


U  CA  FR  ES  UK  US

mary-kateandashley

earch                    SUBMIT →

ary-Kate and Ashley's
   Hip Picks
ownloads
ntertainment
ary-kateandashley movies
ashion Forward
eal Beauty
lind, Body and Soul
un Stuff
opstar! Magazine
lary-Kate and Ashley's
   Movies

he mary-kateandashley Brand
      United States

he mary-kateandashley Brand
      Going Global

lembers Only
ite Map
mail Us
lome



## Jewelry
Click on photos for larger views of the latest from the *mary-kateandashley* brand!


winning london

CLICK HERE TO VISIT!



**Butterfly Collection**

$6.50-$10.50



**Cord Wrapped Collection**

$6.50-$10.50



**Ebony and Ivory Collection**

$6.50-$10.50



**Heart Collection**

$6.50-$10.50



**Jet Faceted Bead Collection**

$6.50-$10.50



**Lovetag Choker**

$6.50-$10.50



**Metallic Disk Collection**



**Pink Romance Collection**



**Pink Style Collection**

04/08/2006

$6.50-$10.50          $6.50-$10.50          $6.50-$10.50

                    

**Rustic Elegance Collection**      **Santa Fe Collection**      **Southwestern Collection**
Available in turquoise and red.
$6.50-$10.50                 $6.50-$10.50              $6.50-$10.50

                    

**Trio Cord Charm Bracelet**      **Turquoise Envy Collection**      **Victorian Cameo Collection**
                                                          Available in black and pink.
$6.50-$10.50                 $6.50-$10.50              $6.50-$10.50

      

Find a claire's near you

Go to *mary-kateandashley* cosmetics home


DUALSTAR
ONLINE

The mary-kateandashley fashion & lifestyle collection at:
WAL•MART claire's BKW Alcampo

About Us | Terms of Use & Privacy Pol
Notice to Parents | Advert
TM ©2006 Dualstar Entertainment Group, I
All Rights Reserv

Website design & hosting by VFR.







# claire's.fr

**retour à la page d'accueil ›**



## la mode
**tendances internationales**



**Conseils de maquillage de mary-kate et ashley**



Quels conseils pouvez-vous offrir aux filles qui désirent avoir un look naturel en utilisant vos produits ?

**ASHLEY:** [illegible faded text]

Que recommandez-vous pour un look « glamour en soirée » ?

**MARY-KATE** [illegible faded text]

Lorsque vous allez à des événements spéciaux, quels conseils pouvez-vous offrir pour que votre maquillage conserve sa beauté toute la nuit ?

**MARY-KATE:** [illegible faded text]

Comment transformez-vous votre look de jour en style de fête plus starisé ?

**ASHLEY:** [illegible faded text]

Quels sont les cosmetiques « incontournables » que chaque fille doit avoir avec elle pour les fêtes ?

**MARY-KATE:** [illegible faded text]

Quelle est votre couleur préférée pour les lèvres pour cette saison ?

**ASHLEY:** [illegible faded text]

Quel est l'élément essentiel pour un maquillage exceptionnel ?

**ASHLEY:** [illegible faded text]

Comment gardez-vous toujours votre peau resplendissante ?

**MARY-KATE:** [illegible faded text]

Combien de temps passez-vous à votre maquillage ?

**ASHLEY:** [illegible faded text]

Quelles sont certaines des tendances de maquillage voyez-vous pendant cette saison ?

**Mary-Kate:** [illegible faded text]

Quelle nouvelle tendance cosmétique sera importante selon vous ?

**ASHLEY:** [illegible faded text]



confidentialité    conditions d'utilisation    corporate

marque déposée © 2003 claire's accessories tous droits réservés



copyright © 2006 claire's accessories
all rights reserved

http://www.claires.com/fashion_celebstyle_olscn4.asp?top=f&bcid=cs

# EXHIBIT O

exhibit 10 + 11

# claire's®

where getting ready is half the fun!

home / fashion /

search [go]
○ keyword ○ price

click here to see:
gotta have it!
  earrings
  bracelets
  necklaces
  rings
  body jewelry
  hair stuff
  make-up
  other stuff
color
gifts
on sale



fashion    trends    at claire's    fun stuff    horoscope

claire's people    top 20 trends    in magazines    monthly calendar    ear piercing

## mary-kate andashley
### back to school style tips

How do you recommend affordably freshening up your look for a new season?
*Ashley (A):* A great way to freshen up your look is accenting your wardrobe with stylish accessories like belts, hats, bags, and jewelry. I like updating my style with key pieces each season and incorporate them with basics in my wardrobe. Accessories always evolve and are a fun way to reflect new trends at affordable prices.

Which colors will be in your fall wardrobe?
*Mary-Kate (MK):* Fall lends itself to richer, darker tones. I like to wear deep chocolates, reds, blacks and greens in fall. I love the fabric options as the weather changes- velvet, cashmere, suede, corduroy... I could go on and on. Layering tanks, sweaters and coats complete your fall look.

What is the "must-have item" for fall?
*MK:* I love our suede and laundered canvas handbags this season. Each style is accented with grommets and intricate detailing for a vintage look and feel. Ashley and I hope you love them as much as we do and they are only available at Claire's.

We've heard you mention Brigitte Bardot as your summer style icon, does a different season require different inspiration? Who is your fall fashion icon?
*A:* A fashion icon's style should translate through every season. Brigitte Bardot impacted fashion in the 60's living in St. Tropez. Her style inspires feminine, flirty touches which for the fall can be translated into a flattering dress with knee high boots. Audrey Hepburn and Coco Chanel were timele

Which of your own fall designs are you most excited about?
*A:* When I go out for an event or a night with friends, I like to vamp up my look with great accessories. The jet faceted earrings with metal tassels add the right amount of glam to any outfit. For a more casual look, our plaid hat looks great with jeans and a white t-shirt. Plaid patterns are hip right now and the skull and heart embellishments are a funky balance of feminine and rocker.

*MK:* Our jewelry line has an amazing bracelet with turquoise, wood and jewel toned layered charms. I layer three or four bundles at a time. They are the perfect accessory to compliment casual layered tanks or a flowing vintage dress.

How do you glam up a fall day outfit for a night-out look?
*A:* Jewelry and cosmetics can glam up any outfit. Usually it's a good rule of thumb to add a little more to your day look to create your night-out look: darken your eye makeup with a smoky eye, or replace your simple stud earrings with some great hoop earrings.

As fall air starts to feel crisper, which article of clothing do you pull out from summer storage first?
*A:* Boots and cashmere sweaters.
*MK:* I bring out my scarves before I break out the winter jackets.

How long does it take you to put together an outfit...accessories and all?
*MK:* It depends on the day. My style changes everyday and usually reflects a mood I'm feeling or trying to accomplish.

see more mary-kate and ashley ▸ jewelry & accessories ● style tips ● fragrances    cosmetics

get your
ears pierced
free
at claire's
click to see more ▸

claire's
globalstyle

claires.co.uk

celebrate!
with claire's
everything you
need to make your
occasion memorable
click here ▸

privacy policy    terms of use    corporate    about us    claire's gift card    store locator    site map    icingbyclaires.com

copyright © 2006 cl

27