

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRÉ PIERRE GAS AND LA SOCIÉTÉ GAS BIJOUX, <br><br> Plaintiff, <br><br> v. <br><br> CLAIRE'S STORES, INC. AND DUALSTAR ENTERTAINMENT GROUP, LLC, <br><br> Defendants. | ) <br> ) <br> ) Case No. <br> ) <br> ) <br> ) <br> ) **RULE 7.1 DISCLOSURE STATEMENT** <br> ) <br> ) <br> ) <br> ) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for plaintiffs André Pierre Gas and La Société Gas Bijoux hereby state that there is no parent corporation or publicly held corporation that owns 10% or more of the stock of plaintiff La Société Gas Bijoux.

Dated: New York, New York
October 30, 2007

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

By: _____
Toby M. J. Butterfield
Matthew A. Kaplan
41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Telecopier: (212) 974-8474

Attorneys for Plaintiffs

{A060792.DOC\1}