Michael C. Miller (MM-4632)
Evan Glassman (EG-9493)
Lenor C. Marquis (LM-4597)
STEPTOE & JOHNSON LLP
750 Seventh Avenue, Suite 1900
New York, New York 10019
Telephone:    212-506-3900
Facsimile:    212-506-3950

*Attorneys for Defendant*
  *Dualstar Entertainment Group, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| ANDRÉ PIERRE GAS and<br>LA SOCIETE GAS BIJOUX,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CLAIRE'S STORES, INC. and<br>DUALSTAR ENTERTAINMENT GROUP, LLC,<br><br>                    Defendants. | Civil Action No. 07 CV 9650 (PAC)<br><br><br>**NOTICE OF APPEARANCE** |

---

**PLEASE TAKE NOTICE** that Michael C. Miller, Esq. of Steptoe & Johnson, LLP, 750 Seventh Avenue, New York, New York 10019, hereby enters appearance, as counsel for Defendant, Dualstar Entertainment Group, LLC in the above-entitled matter.

Doc. #11438 v.1

<table>
<tr><td>

Dated: New York, New York
      November 19, 2007

</td><td>

STEPTOE & JOHNSON LLP

By:   /s Michael C. Miller
Michael C. Miller (MM 4632)
750 Seventh Avenue, Suite 1900
New York, New York 10019
Telephone:   212-506-3900
Facsimile:   212-506-3950
Email: lmarquis@steptoe.com

*Attorneys for Defendant*
  *Dualstar Entertainment Group, LLC*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served upon the parties listed below by ECF and regular mail on November 19, 2007, a true and correct copy of the annexed Notice of Appearance of Michael C. Miller.

/s Kimberlyn W. Brzozowski

Toby M. J. Butterfield, Esq.
Matthew A. Kaplan, Esq.
Cowan, Debaets, Abrahams
 & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, New York 10010

*Attorneys for Plaintiffs*
*Andre Pierre Gas and*
*La Societe Gas Bijoux*

Monica Petraglia McCabe
1251 Avenue of the Americas
New York, New York 10020

*Attorneys for Defendant*
*Claire's Stores, Inc.*

Doc. #11438 v.1