UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRÉ PIERRE GAS and
LA SOCIETE GAS BIJOUX,

        Plaintiffs,

vs.

CLAIRE'S STORES, INC. and
DUALSTAR ENTERTAINMENT GROUP, LLC,

        Defendants.

Civil Action No. 07 CV 9650 (PAC)

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and in order to enable the judges and magistrates of the Court to evaluate possible disqualifications or recusal, counsel for Dualstar Entertainment Group, LLC (a private, non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party in which securities or other interests are publicly held.

Dated: New York, New York
       November 19, 2007

                                Respectfully submitted,

                                **STEPTOE & JOHNSON** LLP

                                By: /s Michael C. Miller
                                Michael C. Miller (MM-4632)
                                Evan Glassman (EG-9493)
                                Lenor C. Marquis (LM-4597)
                                750 Seventh Avenue, Suite 1900
                                New York, New York 10019
                                Tel: (212) 506-3900

                                *Attorneys for Defendant*
                                  *Dualstar Entertainment Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served upon the parties listed below by ECF and regular mail on November 19, 2007, a true and correct copy of the annexed Rule 7.1 Statement.

/s Kimberlyn W. Brzozowski

Toby M. J. Butterfield, Esq.
Matthew A. Kaplan, Esq.
Cowan, Debaets, Abrahams
 & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, New York 10010

*Attorneys for Plaintiffs*
*Andre Pierre Gas and*
*La Societe Gas Bijoux*

Monica Petraglia McCabe
1251 Avenue of the Americas
New York, New York 10020

*Attorneys for Defendant*
*Claire's Stores, Inc.*