**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __NOV 2 0 2007__

———————————————————  :
ANDRÉ PIERRE GAS AND LA SOCIÉTÉ       :
GAS BIJOUX,                           :   Civil Action No. 07 CV 9650 (PAC)
                                      :
                    Plaintiffs,       :
                                      :
        v.                            :   **STIPULATION AND [~~PROPOSED~~]**
                                      :   **ORDER FOR EXTENSION OF TIME**
                                      :   **TO ANSWER OR MOVE**
CLAIRE'S STORES, INC., AND            :
DUALSTAR ENTERTAINMENT GROUP, LLC,    :
                                      :
                    Defendants.       :
———————————————————  :

WHEREAS, Plaintiffs filed a summons and complaint (the "Summons and Complaint")

on or about October 30, 2007 in this Court;

WHEREAS, Plaintiffs served on Defendant Dualstar Entertainment Group, LLC

("Dualstar") the Summons and Complaint on or about November 1, 2007;

WHEREAS, Defendant Claire's Stores, Inc. ("Claire's") was served on or about

November 15, 2007.

WHEREAS, Defendants Claire's and Dualstar have agreed to accept service of the

Summons and Complaint;

WHEREAS, the parties to this action have agreed that a unified response date to the

Summons and Complaint is desirable;

IT IS HEREBY STIPULATED AND AGREED THAT:

1.      Defendants shall have until December 14, 2007 to respond to the Summons and

Complaint.

2.    Nothing herein shall be deemed to be an admission of liability on the part of

Defendants.

3.    Nothing herein shall be deemed a waiver of any applicable defense or objection to

this action, with the exception that Defendants hereby waive any defense or objection based on

inadequate or improper service of process.

Dated: New York, New York
        November 16, 2007

COWAN, DEBAETS, ABRAHAMS &        STEPTOE & JOHNSON LLP
SHEPPARD LLP

By: _____        By: _____
Toby M. J. Butterfield (TB-    )8599        Michael C. Miller (MM-4632)
41 Madison Avenue, 34th Floor        Evan Glassman (EG-9493)
New York, New York 10010        Lenor C. Marquis (LM-4597)
Tel: (212) 974-7474        750 Seventh Avenue, Suite 1900
*Attorneys for Plaintiffs*        New York, New York 10019
  *Andre Pierre Gas and*        Tel: (212) 506-3900
  *La Societe Gas Bijoux*        *Attorneys for Defendant*
                                *Dualstar Entertainment Group, LLC*

                                DLA PIPER US LLP

                                By: _____
                                Monica Petraglia McCabe (MM-5893)
                                1251 Avenue of the Americas
                                New York, New York 10020
                                Tel: (212) 335-4500
                                *Attorneys for Defendant*
                                  *Claire's Stores, Inc.*

SO ORDERED: 11/20/07

_____
U.S.D.J.

- 2 -

# STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

Evan Glassman
212.506.3909
eglassman@steptoe.com

750 Seventh Avenue
19th Floor
New York, NY 10019
Tel 212.506.3900
Fax 212.506.3950
steptoe.com

November 19, 2007

Via HAND DELIVERY

Hon. Paul A. Crotty, U.S.D.J.
United States District Court,
  Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

> Re:  *Andre Pierre Gas, et al. v. Claire's Stores, Inc., et al.*
>      **07-CV-9650-PAC (SDNY)**

Dear Judge Crotty:

This firm represents Defendant Dualstar Entertainment Group, LLC ("Dualstar") in the above-referenced action.

On behalf of Dualstar and the other parties in this case, we have enclosed for Your Honor's consideration a Stipulation And [Proposed] Order For Extension Of Time To Answer Or Move, which has been executed on behalf of the parties, setting Defendants' time to respond to Plaintiffs' Complaint to and including December 14, 2007. This response date provides Defendants with brief adjournments -- 22 days for Dualstar and nine days for Defendant Claire's Stores, Inc.

There have been no prior requests made for any adjournments, and we respectfully request Your Honor's endorsement and entry of the Proposed Order.

Thank you for your consideration.

Respectfully submitted,

*Evan Glassman*

Evan Glassman

Enclosure

Doc. #11374 v.1

WASHINGTON • NEW YORK • CHICAGO • PHOENIX • LOS ANGELES • CENTURY CITY • LONDON • BRUSSELS

Hon. Paul A. Crotty, U.S.D.J.
November 19, 2007
Page 2

STEPTOE & JOHNSON LLP

cc:    Toby M. J. Butterfield, Esq.
         (Counsel for Plaintiffs)
       Monica Petraglia McCabe, Esq.
         (Counsel for Claire's Stores, Inc.)
         (*via electronic mail*)