UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRÉ PIERRE GAS AND LA SOCIÉTÉ GAS BIJOUX,<br><br>Plaintiffs,<br><br>v.<br><br>CLAIRE'S STORES, INC., AND DUALSTAR ENTERTAINMENT GROUP, LLC,<br><br>Defendants. | Civil Action No. 07 CV 9650 (PAC)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Claire's Stores, Inc., certifies that there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       December 3, 2007

DLA PIPER US LLP

By: /s/ Monica P. McCabe
Monica Petraglia McCabe
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500
*Attorneys for Defendant
Claire's Stores, Inc.*

NEWY1\8174295.1