**DLS** Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDRE PIERRE GAS AND LA SOCIETE
GAS BIJOUX,

        Plaintiffs,                       Case No. 07 CIV 9650
                                                      (Judge Crotty)

        -against-                      AFFIDAVIT OF SERVICE

CLAIRE'S STORES, INC., AND
DUALSTAR ENTERTAINMENT GROUP,
LLC,

        Defendants.
------------------------------------------------------------X
STATE OF CALIFORNIA    )
            S.S.:
COUNTY OF LOS ANGELES    )

        DERRICK LOVE, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 1st day of November, 2007, at approximately the time of 11:55 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 DISCLOSURE STATEMENT; INDIVIDUAL PRACTICES OF JUDGE PAUL A. CROTTY, U.S.D.J.; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON upon DUALSTAR ENTERTAINMENT GROUP, LLC at 3760 Robertson Boulevard, Culver City, CA, by personally delivering and leaving the same with VICTORIA MATT who informed deponent that she is the person in charge with that company and is authorized by appointment to receive service at that address.

        VICTORIA MATT is a white female, approximately 25-30 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 160 pounds with black hair and brown eyes.

_signature_
DERRICK LOVE

Sworn to before me this
___ day of November, 2007

_signature_
NOTARY PUBLIC

[Notary seal: CHRISTOPHER P. TRINDADE, Commission # 1509952, Notary Public - California, Los Angeles County, My Comm. Expires Aug 26, 2008]

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com