**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDRE PIERRE GAS AND LA SOCIETE GAS
BIJOUX,

            Plaintiffs,

            -against-

CLAIRE'S STORES INC. AND DUALSTAR
ENTERTAINMENT GROUP, LLC,

            Defendants.
-------------------------------------------------------------X

Case No. 07 CIV 9650
(Judge Crotty)

AFFIDAVIT OF SERVICE

STATE OF FLORIDA    )
          S.S.:
COUNTY OF BROWARD  )

     HECTOR CASTRO, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

     That on the 15th day of November, 2007, at approximately the time of 12:59 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT upon CLAIRE'S STORES, INC. at 3 S.W. 129th Avenue, Pembroke Pines, FL, Attn: Rebecca Orand, Esq., Senior Vice President and Corporate General Counsel, by personally delivering and leaving the same with AMY BADER who informed deponent that she holds the position of Director of Risk Management with that company and is authorized by appointment to receive service at that address.

     AMY BADER is a _white_ female, approximately _38_ years of age, stands approximately _5_ feet _3_ inches tall, weighs approximately _150_ pounds with _Black_ hair.

HECTOR CASTRO
#287

Sworn to before me this
_26_ day of November, 2007

NOTARY PUBLIC

[Notary seal: JOHN H. TRAXLER, NOTARY PUBLIC, STATE OF FLORIDA, My Comm. Expires December 3, 2007, No. DD271843]

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

ORIGINAL