USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 3 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

ANDRE PIERRE GAS and
LA SOCIETE GAS BIJOUX,

                           Plaintiffs,

         vs.

CLAIRE'S STORES, INC. and
DUALSTAR ENTERTAINMENT GROUP, LLC,

                   Defendants.

X
:
:
:
:
:
:
:
:
:
:
:
:
:
X

Civil Action No. 07 CV 9650 (PAC)

**STIPULATION AND [PROPOSED] *AC*
ORDER FOR EXTENSION OF TIME
TO ANSWER OR MOVE**

---

WHEREAS, Plaintiffs filed a summons and complaint (the "Summons and Complaint")
on or about October 30, 2007 in this Court;

WHEREAS, Plaintiffs served on Defendant Dualstar Entertainment Group, LLC
("Dualstar") the Summons and Complaint on or about November 1, 2007;

WHEREAS, Defendant Claire's Stores, Inc. ("Claire's") was served on or about
November 15, 2007;

WHEREAS, Defendants Claire's and Dualstar (collectively, the "Defendants") have
agreed to accept service of the Summons and Complaint;

WHEREAS, this Court entered an Order on November 20, 2007 extending Defendants'
time to respond to Plaintiffs' Complaint until December 14, 2007; and

WHEREAS, the parties to this action have agreed that a further extension of Defendants'
time to respond to the Complaint is desirable;

IT IS HEREBY AGREED THAT:

1.    Defendants shall have until January 18, 2008 to respond to Plaintiffs' Complaint.

2.    Nothing herein shall be deemed to be an admission of liability on the part of

Defendants.

3.    Nothing herein shall be deemed a waiver of any applicable defense or objection to

this action.

Dated: New York, New York
       December 12, 2007

**COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP**

By:_____
Toby M. J. Butterfield
Matthew A. Kaplan
41 Madison Avenue, 34th Floor
New York, New York 10010
Tel: (212) 974-7474
*Attorneys for Plaintiffs
  Andre Pierre Gas and
  La Societe Gas Bijoux*

**STEPTOE & JOHNSON LLP**

By:_____
Michael C. Miller
Evan Glassman
Lenor C. Marquis
750 Seventh Avenue, Suite 1900
New York, New York 10019
Tel: (212) 506-3900
*Attorneys for Defendant
  Dualstar Entertainment Group, LLC*

**DLA PIPER US LLP**

By:_____
Monica P. McCabe
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500
*Attorneys for Defendant
  Claire's Stores, Inc.*

Dated: DEC 1 3 2007

SO ORDERED:

_____
Hon. Paul A. Crotty, U.S.D.J.

-2-