USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 3 1 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

Andre Pierre Gas, et al., :

            Plaintiffs, :    **1: 07 Civ. 9650 (PAC)**

- against - :    **ORDER OF DISCONTINUANCE**

Claire's Stores, Inc., et al, :

            Defendants. :

------------------------------x

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that the parties reached an agreement[1] to resolve the above entitled action, it is,

**ORDERED,** that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the agreement not be consummated within forty-five (45) days of the date hereof. If more time is needed to consummate the agreement, counsel for either party shall submit a letter to the Court pursuant to Rule 1A of my Individual Practices.

The Court will sign a formal settlement agreement upon receipt from the Orders and Judgment Clerk of the United States District Court, Southern District of New York.

The Clerk of Court is directed to close this case and terminate any pending deadlines or motions.

Dated: New York, New York
      January 31, 2008

SO ORDERED

*Paul A. Crotty*

PAUL A. CROTTY
United States District Judge

---

[1] See the attached letter dated January 30, 2008 from Matthew A. Kaplan.

## COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
### ATTORNEYS AT LAW

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.*
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIOERNES
MATTHEW A. KAPLAN°
M. KILBURG REEDY
MASON A. WEISZ

Of Counsel:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9229 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*ALSO ADMITTED IN CA & DC
°ALSO ADMITTED IN NJ
*ALSO ADMITTED IN AR & DC

January 30, 2008

**VIA FACSIMILE (212) 805-3604**
Honorable Paul A. Crotty, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

Re: André Pierre Gas and La Société Gas Bijoux v.
Claire's Stores, Inc. and Dualstar Entertainment Group, LLC
Docket No. 07-Civ-9650 (PAC) (DFE)

Dear Judge Crotty:

This firm represents Plaintiffs André Pierre Gas and La Société Gas Bijoux in the above referenced case, and we write on behalf of all the parties to this case.

We are pleased to inform the Court that the parties have reached an agreement to resolve the matter. However, as Defendants' time to respond to Plaintiffs' Complaint ends this Friday, February 1, 2008, the parties respectfully request entry of a 30-Day Order to stay the matter and allow the parties time to prepare and execute a formal settlement agreement and coordinate various related logistical issues.

We thank the Court for its consideration.

Respectfully submitted,

Matthew A. Kaplan

cc: Evan Glassman, Esq. (via facsimile (212) 506-3950)
Mark I. Feldman, Esq. (via facsimile (312) 236-7516)
Toby M.J. Butterfield, Esq.

41 MADISON AVENUE · 34TH FLOOR, NEW YORK, NEW YORK 10010
TEL: (212) 974-7474   FAX: (212) 974-8474   WEB: www.cdas.com   E-MAIL: cdas@cdas.com

{A061308.DOC\1}