# COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
### ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.*
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL R. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN°
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 8 2008

March 17, 2008

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*ALSO ADMITTED IN CA & DC
°ALSO ADMITTED IN NJ
†ALSO ADMITTED IN AR & DC

**VIA FACSIMILE (212) 805-3604**
Honorable Paul A. Crotty, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

    Re:   André Pierre Gas, et al v. Claire's Stores, Inc., et al.
           Docket No. 07-Civ-9650 (PAC) (DFE)

Dear Judge Crotty:

    This firm represents Plaintiffs André Pierre Gas and La Société Gas Bijoux in the above referenced case, and we write on behalf of all the parties to this case. We are pleased to inform the Court that the parties have finalized and executed a formal settlement agreement for the above-captioned matter.

    However, as plaintiffs are awaiting receipt of the settlement amount, <u>the parties request a brief, one-week extension of the Court's January 31, 2008 Order of Discontinuance.</u> We expect to file a Stipulation of Dismissal with Prejudice within the week.

    Also, enclosed please find a courtesy copy of a proposed Stipulated Permanent Injunction executed by the parties, which is being filed with Orders and Judgments.

    We thank the Court for its consideration.

Respectfully submitted,

*Toby M.J. Butterfield*
Toby M.J. Butterfield

**MEMO ENDORSED**

SO ORDERED: MAR 1 8 2008

*Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Enclosure
cc:  Evan Glassman, Esq. (via facsimile (212) 506-3950)
     Mark I. Feldman, Esq. (via facsimile (312) 236-7516)
     Matthew A. Kaplan, Esq.

41 MADISON AVENUE · 34TH FLOOR, NEW YORK, NEW YORK 10010
TEL: (212) 974-7474   FAX: (212) 974-8474   WEB: www.cdas.com   E-MAIL: cdas@cdas.com

{A061602.DOC\1}