```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 8 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRÉ PIERRE GAS AND LA SOCIÉTÉ
GAS BIJOUX,
        Plaintiffs,

v.

CLAIRE'S STORES, INC., AND
DUALSTAR ENTERTAINMENT GROUP,
LLC,
        Defendants.

Docket No. 07-cv-9650 (PAC)(DFE)

STIPULATED PERMANENT
INJUNCTION

        Plaintiffs André Pierre Gas and La Société Gas Bijoux (collectively, "Plaintiffs") and Defendants Claire's Stores, Inc. and Dualstar Entertainment Group, LLC (collectively, "Defendants"), by and through their counsel, do hereby stipulate and agree to the entry of a permanent injunction under Federal Rule of Civil Procedure 65, enjoining and restraining the Defendants, their respective officers, agents, servants, employees, contractors and/or any individuals, entities or corporations acting in concert with them or under Defendants' direction, authority or control from:

    A.    Creating, manufacturing, importing, purchasing, distributing, displaying, offering to sell, and/or selling jewelry that infringes upon Plaintiffs' rights in any design referred to in the Complaint in this Action or in the Complaint filed by Plaintiffs in the counterfeiting action against Claire's France in France (Case No. N°RG 06/16619) (hereinafter, the "French Action");

    B.    Manufacturing, purchasing, distributing, displaying, marketing, advertising, using, offering to sell, and/or selling jewelry using the trademark GAS;

    C.    Using or inducing others to use Plaintiffs' copyrights, trademarks or trade dress for any design referred to in the Complaint in this Action or in the French Action, or any infringing copy or imitation of any of them in any manner, including, but not limited to advertising, promoting, and/or marketing jewelry; and

①

  D. Committing or inducing others to commit any other infringing acts that damage or harm Plaintiffs' rights in any jewelry design referred to in the Complaint in this Action or in the French Action, or in any other jewelry design that infringes upon Plaintiffs' aforesaid jewelry designs.

It is further stipulated if Plaintiffs learn of any *de minimus* violations of this Injunction (defined as the discovery of three (3) or less units of ), Plaintiffs will provide written notice of such violation prior to seeking judicial relief pursuant to this injunction.

It is further stipulated that the Honorable Paul A. Crotty, United States District Judge, or his successor, shall retain jurisdiction to enforce this Stipulated Permanent Injunction.

**IT IS SO STIPULATED:**

COWAN, DEBAETS, ABRAHAMS &
 SHEPPARD LLP

_____
Toby M.J. Butterfield, Esq.
Matthew A. Kaplan, Esq.

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Facsimile: (212) 974-8474

*Attorneys for Plaintiffs André Pierre Gas and La Société Gas Bijoux*

DLA PIPER US LLP

_See Pg 3_____
Monica A McCabe, Esq.

1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Attorneys for Defendant Claire's Stores, Inc.*

STEPTOE & JOHNSON LLP

_See Pg 4_____
Evan Glassman, Esq.
Michael C. Miller, Esq.

750 Seventh Avenue
New York, NY 10019
Telephone: (212) 506-3900
Facsimile: (212) 506-3950

*Attorneys for Defendant Dualstar Entertainment Group, LLC*

**SO ORDERED**

Dated: _____

_See Pg 4_____
HON. PAUL A. CROTTY, U.S.D.J.



    D.    Committing or inducing others to commit any other infringing acts that damage or harm Plaintiffs' rights in any jewelry design referred to in the Complaint in this Action or in the French Action, or in any other jewelry design that infringes upon Plaintiffs' aforesaid jewelry designs.

It is further stipulated if Plaintiffs learn of any *de minimus* violations of this Injunction (defined as the discovery of three (3) or less units of ), Plaintiffs will provide written notice of such violation prior to seeking judicial relief pursuant to this injunction.

It is further stipulated that the Honorable Paul A. Crotty, United States District Judge, or his successor, shall retain jurisdiction to enforce this Stipulated Permanent Injunction.

**IT IS SO STIPULATED:**

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

_See Pg 2_
Toby M.J. Butterfield, Esq.
Matthew A. Kaplan, Esq.

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Facsimile: (212) 974-8474

*Attorneys for Plaintiffs André Pierre Gas and La Société Gas Bijoux*

DLA PIPER US LLP

_[signature]_
Monica A McCabe, Esq.

1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Attorneys for Defendant Claire's Stores, Inc.*

STEPTOE & JOHNSON LLP

_See Pg 4_
Evan Glassman, Esq.
Michael C. Miller, Esq.

750 Seventh Avenue
New York, NY 10019
Telephone: (212) 506-3900
Facsimile: (212) 506-3950

*Attorneys for Defendant Dualstar Entertainment Group, LLC*

**SO ORDERED**

Dated: _____

_See Pg 4_
HON. PAUL A. CROTTY, U.S.D.J.



  D. Committing or inducing others to commit any other infringing acts that damage or harm Plaintiffs' rights in any jewelry design referred to in the Complaint in this Action or in the French Action, or in any other jewelry design that infringes upon Plaintiffs' aforesaid jewelry designs.

It is further stipulated if Plaintiffs learn of any *de minimus* violations of this Injunction (defined as the discovery of three (3) or less units of ), Plaintiffs will provide written notice of such violation prior to seeking judicial relief pursuant to this injunction.

It is further stipulated that the Honorable Paul A. Crotty, United States District Judge, or his successor, shall retain jurisdiction to enforce this Stipulated Permanent Injunction.

**IT IS SO STIPULATED:**

| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | DLA PIPER US LLP |
|---|---|
| Toby M.J. Butterfield, Esq.<br>Matthew A. Kaplan, Esq. | Monica A. McCabe, Esq. |
| 41 Madison Avenue, 34th Floor<br>New York, New York 10010<br>Telephone: (212) 974-7474<br>Facsimile: (212) 974-8474 | 1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501 |
| *Attorneys for Plaintiffs André Pierre Gas and La Société Gas Bijoux* | *Attorneys for Defendant Claire's Stores, Inc.* |

STEPTOE & JOHNSON LLP

Evan Glassman, Esq.
Michael C. Miller, Esq.

750 Seventh Avenue
New York, NY 10019
Telephone: (212) 506-3900
Facsimile: (212) 506-3950

*Attorneys for Defendant Dualstar Entertainment Group, LLC*

**SO ORDERED**

Dated: _March 18, 2008_

_____
HON. PAUL A. CROTTY, U.S.D.J.

