CR0774/1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRÉ PIERRE GAS AND LA SOCIÉTÉ
GAS BIJOUX,
               Plaintiffs,

v.

CLAIRE'S STORES, INC., AND
DUALSTAR ENTERTAINMENT GROUP,
LLC,
               Defendants.

Docket No. 07-cv-9650 (PAC)(DFE)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      WHEREAS, Plaintiffs André Pierre Gas and La Société Gas Bijoux (collectively, "Plaintiffs") and Defendants Claire's Stores, Inc. and Dualstar Entertainment Group, LLC (collectively, "Defendants"), have settled the above-captioned matter; and

      WHEREAS this Court has ordered entry of a Stipulated Permanent Injunction against the Defendants;

      IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and the Defendants, through their counsel, that Plaintiffs' Complaint against Defendants shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorney's fees.

      IT IS FURTHER STIPULATED that the Honorable Paul A. Crotty, United States District Judge or his successor, shall retain jurisdiction to enforce the Settlement Agreement between Plaintiffs and the Defendants and to enforce the Stipulated Permanent Injunction.

IT IS SO STIPULATED:

COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP

_____/s/_____
Toby M.J. Butterfield, Esq.
Matthew A. Kaplan, Esq.

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Facsimile: (212) 974-8474

*Attorneys for Plaintiffs André Pierre Gas and
La Société Gas Bijoux*

DLA PIPER US LLP

___See ps 3_____
Monica A. McCabe, Esq.

1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Attorneys for Defendant Claire's Stores, Inc.*

STEPTOE & JOHNSON LLP

___See ps 4_____
Evan Glassman, Esq.
Michael C. Miller, Esq.

750 Seventh Avenue
New York, NY 10019
Telephone: (212) 506-3900
Facsimile: (212) 506-3950

*Attorneys for Defendant Dualstar
Entertainment Group, LLC*

SO ORDERED
Dated: _See ps 4_____

___Ps 4_____
HON. PAUL A. CROTTY, U.S.D.J.

2

IT IS SO STIPULATED:

| | |
|---|---|
| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | DLA PIPER US LLP |
| _____<br>Toby M.J. Butterfield, Esq.<br>Matthew A. Kaplan, Esq. | _____<br>Monica A. McCabe, Esq. |
| 41 Madison Avenue, 34th Floor<br>New York, New York 10010<br>Telephone: (212) 974-7474<br>Facsimile: (212) 974-8474 | 1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501 |
| *Attorneys for Plaintiffs André Pierre Gas and La Société Gas Bijoux* | *Attorneys for Defendant Claire's Stores, Inc.* |

STEPTOE & JOHNSON LLP

_____
Evan Glassman, Esq.
Michael C. Miller, Esq.

750 Seventh Avenue
New York, NY 10019
Telephone: (212) 506-3900
Facsimile: (212) 506-3950

*Attorneys for Defendant Dualstar Entertainment Group, LLC*

SO ORDERED

Dated: _____

_____
HON. PAUL A. CROTTY, U.S.D.J.

3

IT IS SO STIPULATED:

COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP

_____
Toby M.J. Butterfield, Esq.
Matthew A. Kaplan, Esq.

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Facsimile: (212) 974-8474

*Attorneys for Plaintiffs André Pierre Gas and
La Société Gas Bijoux*

DLA PIPER US LLP

_____
Monica A. McCabe, Esq.

1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Attorneys for Defendant Claire's Stores, Inc.*

STEPTOE & JOHNSON LLP

_____
Evan Glassman, Esq.
Michael C. Miller, Esq.

750 Seventh Avenue
New York, NY 10019
Telephone: (212) 506-3900
Facsimile: (212) 506-3950

*Attorneys for Defendant Dualstar
Entertainment Group, LLC*

SO ORDERED
Dated: March 19 2008

_____
HON. PAUL A. CROTTY, U.S.D.J.

# COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
## ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M.J. BUTTERFIELD
AL J. DANIEL, JR.*
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN°
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*Also Admitted in CA & DC
°Also Admitted in NJ
†Also Admitted in AR & DC

March 18, 2008

**VIA FACSIMILE (212) 805-3604**
Honorable Paul A. Crotty, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

Re:   André Pierre Gas, et al v. Claire's Stores, Inc., et al.
      Docket No. 07-Civ-9650 (PAC) (DFE)

Dear Judge Crotty:

This firm represents Plaintiffs André Pierre Gas and La Société Gas Bijoux in the above referenced case, and we write on behalf of all the parties to this case.

Following on our March 17, 2008 letter, plaintiffs have received payment of the settlement amount. Consequently, plaintiffs are dismissing this action against all defendants.

Enclosed please find a courtesy copy of a proposed Stipulation of Dismissal with Prejudice executed by the parties, which is being filed with Orders and Judgments today.

We thank the Court for its consideration.

Respectfully submitted,

Matthew A. Kaplan

Enclosure
cc:   Evan Glassman, Esq. (via facsimile (212) 506-3950)
      Mark I. Feldman, Esq. (via facsimile (312) 236-7516)
      Toby M.J. Butterfield, Esq.

41 MADISON AVENUE - 34TH FLOOR, NEW YORK, NEW YORK 10010
TEL: (212) 974-7474   FAX: (212) 974-8474   WEB: www.cdas.com   E-MAIL: cdas@cdas.com

{A061615.DOC\1}